## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Esther Harbin,

               Plaintiff,                            Civil 10-873 (RHK/AJB)

vs.                                   **DISQUALIFICATION AND**
                                        **<u>ORDER FOR REASSIGNMENT</u>**

Wyeth, LLC, et al.,

               Defendants.

 

       The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

       **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

       **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  March 23, 2010

                                    <u>s/Richard H. Kyle</u>
                                    RICHARD H. KYLE
                                    United States District Judge